# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (THE HON. CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   PLAINTIFF,<br><br>v.<br><br>KIMARI GOODMAN (2)<br>DAEJOHNE HATCHER (3)<br>KEAKO JONES (5)<br>RAVEN SOLOMON (7),<br>   Defendants. | Case No.: 22cr1239-CAB<br><br>ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME |

Upon joint motion filed and good cause shown,

IT IS HEREBY ORDERED that the joint motion to continue is granted. The Motion Hearing/Trial Setting shall be continued from August 12, 2022, at 10:30 a.m. to November 18, 2022, at 10:30 a.m. as to the defendants listed in this order.

IT IS FURTHER ORDERED the time is excluded in the interest of justice from August 12, 2022, through November 18, 2022. Each defendant on bond shall individually file an acknowledgment confirming the new court date no later than Monday, August 15, 2022.

IT IS SO ORDERED.

Dated:   8/8/2022

_____
The Hon. Cathy Ann Bencivengo
United States District Court Judge