# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMARI GOODMAN (2),<br>DAEJOHNE HATCHER (3),<br>KEAKO JONES (5), and<br>RAVEN SOLOMON (7),<br><br>Defendants. | Case No.: 22-CR-01239-CAB<br><br>**AMENDED ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to a joint motion and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in the above-entitled matter shall be continued from August 12, 2022, at 10:30 a.m. to **November 18, 2022, at 10:30 a.m.** For the reasons set forth in the Amended Joint Motion, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv) from August 12, 2022, through November 18, 2022.

//

//

//

**IT IS FURTHER ORDERED** each defendant on bond shall file an acknowledgment confirming the new court date no later than Monday, August 15, 2022.

**IT IS SO ORDERED**.

Dated:  8/9/2022

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE

2